**FORM 8. Entry of Appearance**　　　　　　　　　　　　　　　　　　　　　　　Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Marten Transport, Ltd.　　v. _____

No. 16-108

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: Marten Transport, Ltd.
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☒ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☐ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

Name: Harry E. Van Camp
Law Firm: DeWitt Ross & Stevens S.C.
Address: 2 E. Mifflin St., Suite 600
City, State and Zip: Madison, WI 53703
Telephone: 608-255-8891
Fax #: 608-252-9243
E-mail address: hvc@dewittross.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/1/10

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 1-11-16　　　　Signature of pro se or counsel /s/ Harry Van Camp

cc: Matt Olavi, Esq. (via email)